ACCEPTED
03-15-00252-CV
7360615
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 5:14:01 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00252-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 5:14:01 PM
JEFFREY D. KYLE
Clerk

**DR. BEHZAD NAZARI, D.D.S., ET AL.,**
**Appellants,**

**v.**

**THE STATE OF TEXAS,**
**Appellee,**

**v.**

**XEROX CORPORATION, XEROX STATE HEALTHCARE, LLC
F/K/A ACS STATE HEALTHCARE, LLC,**
**Appellees.**

On Appeal from the 53rd Judicial District Court of Travis County, Texas,
Trial Court Cause No. D-1-GN-14-005380

## UNOPPOSED MOTION TO CONSOLIDATE
## CAUSES FOR SUBMISSION ON ORAL ARGUMENT

**BECK REDDEN LLP**
Eric J.R. Nichols
State Bar No. 14994900
enichols@beckredden.com
Gretchen Sween
State Bar No. 24041996
Christopher R. Cowan
State Bar No. 24084975
515 Congress Ave., Ste. 1900
Austin, TX 78701
Tel: 512.708.1000
Fax: 512.708.1002

**BECK REDDEN LLP**
Constance H. Pfeiffer
State Bar No. 24046627
cpfeiffer@beckredden.com
1221 McKinney St., Ste. 4500
Houston, TX 77010
Tel: 713.951.3700
Fax: 713.951.3720

**GIBSON, DUNN & CRUTCHER LLP**
Robert C. Walters
State Bar No. 20820300
rwalters@gibsondunn.com
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201
Tel: 214.698.3100
Fax: 214.571.2900

**KELLY HART & HALLMAN LLP**
C. Andrew Weber
State Bar No. 00797641
andrew.weber@kellyhart.com
301 Congress, Ste. 2000
Austin, TX 78701
Tel: 512.495.6451
Fax: 512.495.6930

**COUNSEL FOR APPELLEES / RELATORS**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees/Relators Xerox Corporation and Xerox State Healthcare, LLC respectfully move to consolidate Cause No. 03-15-00252-CV ("*Nazari* appeal") and Cause No. 03-15-00401-CV ("*In re Xerox Corporation*") for purposes of oral argument only. This motion is unopposed and rests on the following good cause:

1. On October 8, 2015, this Court set the *Nazari* appeal in Cause No. 03-15-00252-CV for oral argument on November 4, 2015.

2. Counsel for all parties have conferred about a common preference to have oral argument in the *Nazari* appeal heard on the same date as any argument that the Court may hear in *In re Xerox Corporation*. To be clear, the State maintains that the *In re Xerox Corporation* petition should be denied without oral argument. Xerox (a party in both causes) and the Dental Group (the *Nazari* appellants) believe that hearing argument on both matters would make sense, given the overlap on the underlying legal issues.

4. From Xerox's perspective, consolidating oral argument in these two causes would assist the Court in its decisional process for the following reasons:

First, the *Nazari* appeal and Xerox's original proceeding involve closely related issues, affect the same parties, involve the same counsel, and arise in the same trial court. The causes are both fully briefed and ready for submission.

Both causes present the issue of whether the State may exclude parties and prohibit third-party claims when it brings suit under the Texas Medicaid Fraud Prevention Act. The *Nazari* appeal raises this issue in the context of the Dental Group's third-party claims against Xerox. Xerox's original proceeding raises this issue in the context of Xerox's third-party claims and responsible third party designations against the Dental Group. In light of the Dental Group's positions in its reply brief in the *Nazari* appeal, both proceedings also involve the issue of whether Chapter 33 applies to a claim brought under the TMFPA.

Second, the briefing from Xerox's original proceeding is incorporated by reference into the *Nazari* appellate positions. *See* Xerox Appellees Br. 14 (incorporating mandamus briefing); Nazari Reply Br. 1 (adopting Xerox's briefing).

Third, the parties are all agreed that it serves judicial economy and would aid in the Court's decision process to decide the two causes in light of each other. *See* Nazari Reply Br. 6 ("The Dental Group agrees with Xerox that this Court should decide Xerox's original proceeding in Cause 03-15-00401-CV in conjunction with this appeal."); State of Texas Response to Mandamus Petition 12 n.6 ("In its Appellee's Brief in 03-15-00252-CV, Xerox argues that this Court should decide the merits of the *Nazari* appeal alongside the merits of this original proceeding. On that point, the State and Xerox agree.").

It is not necessary to consolidate the two causes into one; rather, Xerox moves solely to consolidate the submission on oral argument so that the Court benefits from a full hearing on the parties' respective positions. As the Dental Group puts it: "In the interest of judicial economy, consistency … and overall justice, all of the parties' claims regarding medical necessity and proportionate party responsibility should be determined with an acknowledgement that rulings with regard to any one party's claims affect all of the parties." Nazari Reply Br. 8.

Xerox therefore respectfully submits it would be most efficient and helpful to the Court to set both causes for submission on oral argument on the same day.

5. When the parties conferred about this motion, they discussed proposing that the arguments be set consecutively rather than holding one expanded argument. This format has the benefit of keeping the positions clear with respect to each cause. Regardless of the form of argument chosen by the Court, there are undeniably common issues of law among parties to interrelated litigation that has been specially assigned to one Travis County district judge. Accordingly, Xerox submits that holding argument on both causes on the same day would best serve the interests of economy of both this Court and the trial court, and of the parties.

## PRAYER FOR RELIEF

For the reasons explained above, Xerox respectfully requests that the Court consolidate the Nazari appeal and Xerox's original proceeding for oral argument.

Respectfully submitted,

Eric J.R. Nichols
State Bar No. 14994900
Gretchen Sween
State Bar No. 24041996
Christopher R. Cowan
State Bar No. 24084975
**BECK REDDEN LLP**
515 Congress Ave., Ste. 1900
Austin, TX 78701
Tel: 512.708.1000

By: _/s/ Constance H. Pfeiffer_
Constance H. Pfeiffer
State Bar No. 24046627
**BECK REDDEN LLP**
1221 McKinney St., Ste. 4500
Houston, TX 77010
Tel: 713.951.3700

Robert C. Walters
State Bar No. 20820300
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201
Tel: 214.698.3100

C. Andrew Weber
State Bar No. 00797641
301 Congress, Ste. 2000
**KELLY HART & HALLMAN LLP**
Austin, TX 78701
Tel: 512.495.6451

**COUNSEL FOR RELATORS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, a true and correct copy of the above and foregoing Unopposed Motion to Consolidate Causes for Submission on Oral Argument was forwarded to all counsel of record by the Electronic Service Provider, if registered, otherwise by email, as follows:

Raymond Winter
Chief, Civil Medicaid Fraud Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov

Reynolds Brissenden
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
reynolds.brissenden@texasattorneygeneral.gov

*Counsel for Real Party in Interest, The State of Texas*

Jason Ray
Riggs, Aleshire & Ray, P.C.
700 Lavaca, Suite 920
Austin, TX 78701
jray@r-alaw.com

E. Hart Green
Weller, Green, Toups & Terrell, L.L.P.
Post Office Box 350
Beaumont, TX 77704-0350
hartgr@wgttlaw.com

*Counsel for Intervenors,*
*Atlas Dental, LP, et al. and Antoine Dental Center, et al.*

Honorable Stephen Yelenosky
Judge, 345th District Court
Travis County Courthouse
P.O. Box 1748
Austin, TX  78767

*Respondent*

By: */s/ Constance H. Pfeiffer*
Constance H. Pfeiffer

1802.008/568918